**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:

George Watt

Case No. 8-19-71382-ast
Chapter: 7

**Debtor(s)**
-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF
## ORDER TO SHOW CAUSE

To the Hon. Alan S. Trust, Bankruptcy Judge;

I Alon Sheetrit, Movant herein, make this application in support of my Order to Show Cause to seek entry of an Order to: confirm that there is no stay for eviction case LT-006696-18/NA

In support of the relief requested, I hereby allege as follows:

I am the landlord at the debtor's residence. I have a judgment of posession starting 2/19/2019 (exhibit A). A stipulation was made and debtor recieved time requested (exhibit B). I am objecting to debtors request to stay the eviction. Debtor has no right to stay on the premises. I am requesting to be heard within 10 days and asking the judge to confirm that there is no stay.

WHEREFORE, Movant prays for the entry of an Order to Show Cause granting the relief requested.

Dated: 2/26/2019

By: /s/ Alon Sheetrit
(Signature of movant)

Type or Print Name: Alon Sheetrit
Address: 520 E 72nd St. #GF
NY, NY 10021
Telephone Number: (718) 510-3533

alon43@gmail.com

*Continued on separate sheet*

\* Continued Application in support of order to show cause case number 8-19-71382-ast.

Furthermore I would like to object to Debtors Initial statement on form 101 Part 6 Line 19, where Debtors aleges to have an asset worth of 50,000 - 100,00. exhibit c is the referee's report of sale where it shows that Debtor has surplus money of $180,319.44 (2) contrary to his statement (exhibit C3).
Also Attached is exhibit D - a deed showing I owned Debtor's residence since 10/30/2019. Now 4 months later I would like to be able to move my family into my house.

I am unable to refinace my house, nor prepare the house for us to move in.

I respectfully request the judge to confirm that there is no stay and waive the requirement of additional 72 hrs. notice from the sheriff.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:

George Watt

Debtor(s)
-----------------------------------------------------------x

RETURN DATE: _____

Case No. 8-19-71382-ast

Chapter: 7

## ORDER TO SHOW CAUSE

Upon the annexed application of Movant, __Alon Sheetrit__ seeking entry of an Order to __confirm there is no stay on eviction case LT-006696-18/NA and no further 72hrs notice required__, it is

**ORDERED** that _____ show cause at ☐_____ o'clock on the date of _____ or as soon thereafter as Movant may be heard before the Honorable _____ Bankruptcy Judge in Courtroom _____ at United States Bankruptcy Court located at _____, why this Court should not enter an Order to _____
_____.

**ORDERED** that service of this Order to Show Cause together with the application be served on or before the end of the business day on _____, upon _____
_____, and upon the Trustee at _____ and United States Trustee.

**ORDERED** that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy marked "Chambers Copy," Trustee, United States Trustee, and the Movant on or before _____; and it is further

**ORDERED** that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated:

_____
United States Bankruptcy Judge

Exhibit H

**Nassau County District Court - 1st District**
**LANDLORD TENANT**

Alon Sheetrit
vs.
George Watt et al.

Index Number: LT-006696-18/NA

**WARRANT OF EVICTION**

**TO THE SHERIFF OF NASSAU COUNTY**

Final decision in favor of the petitioner(s) has been granted based on the judgment of possession entered in the Nassau County District Court - 1st District on 01/04/2019, which awarded the petitioner(s) the delivery of the premises:
(1) Alon Sheetrit

Therefore, you are commanded to remove the respondent(s) listed below:
(1) George Watt
(2) Laura Watt
(3) "John" "Doe"
(4) "Jane" "Doe"

And all other persons from the following described premises, located in the County of Nassau and to put said petitioner(s) in full possession thereof:
(1) 429 Bambrick Street, Oceanside, NY 11572
Said property is further described as: Lot and Dwelling

**Witness, Honorable Scott Fairgrieve**
**District Court Judge**

Dated: 01/04/2019

Honorable Scott Fairgrieve
District Court Judge

Sequence 1A

**Execution of the Warrant is Stayed to and including 02/18/2019**

Generated 01/04/2019 at 11:10 AM            Page 1 of 1

Exhibit B

**District Court of Nassau County**

1st District, ___ Part 24

SHEERIT
Plaintiff(s) / Petitioner(s),

against

WATT
Defendant(s) / Respondent(s)

Date 12-18-18
Index Number LT66969/18
Hon. FAIRGRIEVE

**STIPULATION OF SETTLEMENT**

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter a stipulation of settlement. However, after a review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter:*

RESPONDENT WAIVES ANY DEFENSES AND COUNTERCLAIMS THAT COULD HAVE BEEN ASSERT IN THIS PROCEEDING EXCEPT RESERVES ANY AND ALL SUCH DEFENSES AND COUNTERCLAIM THAT CAN BE ASSERTED IN THE UNDERLYING SUPREME COURT FORECLOSURE ACTION.

NOTHING THING IN THIS STIPULATION SHALL BE DEEMED TO PRECLUDE THE RESPONDENT FROM OBTAINING A STAY OF THE EXECUTION OF THE WARRANT OF EVICTION IN THE SAID SUPREME COURT ACTION

RESPONDENT CONSENTS TO ENTRY OF A JUDGMENT OF POSSESSION AND ISSUANCE OF A WARRANT OF EVICTION WITH STAY OF EXECUTION UNTIL FEB 18, 2019. PETITIONER RESERVES RIGHT TO ACTION FOR USE & OCCUPANCY IN SEPARATE PLENARY ACTION

[signatures]

DC4 M-3422 4/00

Exhibit C1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------------X

Citibank NA,

                              Plaintiff,

    -against-

George M. Watt a/k/a George Watt, Laura Watt, Kristin
Watt, "John Doe" (Refused Name),

                              Defendants.
---------------------------------------------------------------------X

REFEREE'S REPORT
OF SALE

Index No.: 609341/2017

TO THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NASSAU

    I, Wayne H. Wink, Jr., Esq., the Referee appointed by the Judgment made and entered in this action, entered on August 01, 2018 to sell the mortgaged premises therein particularly described, do respectfully report as follows:

    FIRST: That I caused due notice of the time and date of sale of said mortgaged premises to be given and published according to law and the rules and practice of this Court, as will fully appear by the affidavits annexed, and the sale was had at 11:30 a.m. on September 25, 2018 at Courtroom of the Supreme Court Mineola, 100 Supreme Court Drive, The Calendar Control Part (CCP), Mineola, NY.

    SECOND: That at the time and place for which said sale was noticed, as aforesaid, I attended in person, and in accordance with such notice, offered the said mortgaged premises for sale to the highest bidder, and sold the same to **Alan Sheetrit** for the sum of **$270,000.00** that being the highest sum bid therefor.

    THIRD: That at the time of the aforementioned sale, the purchaser gave me a down payment of $27,000.00, ten (10%) percent of the Amount of the successful bid.

    FOURTH: That I have received my fee for such sale in the sum of $250.00.

    FIFTH: That the Plaintiff has paid for advertising expenses, as shown by the bill(s) annexed hereto.

    SIXTH: That I have made, executed and delivered to said purchaser's attorney a good and sufficient deed of conveyance for the said mortgaged premises so sold.

exhibit C2

SEVENTH: That the following statement made a part of this report, shows the several items aforesaid and the manner of computation:

## STATEMENT

| | |
|---|---:|
| Amount due to Plaintiff as per Judgment | $ 80,069.99 |
| Interest on Judgment Amount from 5/1/18 through 8/1/18 at 3.74% | $ 762.60 |
| Interest on Judgment Amount from 8/2/18 through 10/31/18 at 9.0% | $ 1,796.34 |
| Plaintiffs costs and disbursements | $ 2,340.00 |
| Plaintiff's additional allowance | $ 300.00 |
| Interest on Costs, Disbursements, Allowance and Legal Fees from Judgment to sale date (8/2/18 through 10/31/18) | $ 59.15 |
| Referee's fee to sell | $ 250.00 |
| Advertising expense | $ 442.40 |
| Sub-Total | $ 86,020.48 |
| Liens Pursuant to RPAPL §1354 | |
| Real Estate Taxes | $ 3,660.08 |
| Water/Sewer Liens | $ 0.00 |
| Total | $ 89,680.56 |
| LESS: Purchase price | ($270,000.00) |
| **SURPLUS** | **$180,319.44** |

DATED: 10/30/18

Wayne H. Wink, Jr., Esq., Referee

Our File No.:01-085329-F00

exshibit C3

Debtor 1 __George NAG__
         First Name  Middle Name  Last Name

Case number (if known) _____

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☑ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
1ST & 2ND MORTGAGE, CREDIT CARD

**17. Are you filing under Chapter 7?**
- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?
- ☑ No
- ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X /s/ George Nag                         X _____
Signature of Debtor 1                      Signature of Debtor 2

Executed on 2/26/2019                    Executed on _____
           MM / DD / YYYY                              MM / DD / YYYY