Date: 3/4/2019

Case 8-19-71382

Debtor: George Watt

Movant: Alon Sheetrit



United States Bankruptcy Court Eastern District of New York

This letter is in regard to Movant motion filed by Alon Sheetrit:

1. Currently, I reside at the property with my wife, Laura Watt, our two children, and son in law. I am 62 years old, my wife Laura is 57 and has a high risk medical condition.
2. We have lived in the property since 2003 and have two dogs and four birds. My family and I are finding it extremely difficult picking up our belongings for alternate housing and unfortunate have no place to move at this time before the warrant of eviction notice could potentially be executed.
3. As the Nassau County Supreme Court did not grant the Temporary Restraining Order included in our Order to Show Cause, I had my attorneys appear at the Landlord Tenant Proceeding negotiate as much time as possible to remain in the property pending the Nassau County Supreme Court's final determination of the merits of the Order To Show Cause.
4. My Order To Show Cause was denied by the Nassau County Supreme Court on February 18, 2019, in reliance upon these potential settlement options, my family & I have not been packing all of our belongings and find it extremely difficult to simply pick –up all of our belongings and find alternate housing within a week or so before the warrant of eviction could be potentially be executed.
5. My family & I all are employed in our town of Oceanside, my daughter is an first year elementary school teacher and my wife has been a school teachers aid for fifteen years. I fear if this court does not allow a temporary stay, this could have a drastic hardship on their employment.
6. Due to extreme financial hardship burden this has impacted my family & I, on February 26, 2019, I filed without a lawyer an emergency pro-se Chapter 7 of the United States Bankruptcy Code and request the court to extend or impose a stay.
7. I fear that if this court does not allow for a temporary stay of my current summary proceeding, my family will be forced out of our home with no place to go.
8. I would even willing to put down money to the Petitioner in order to get some more time to find alternate housing. I can put down approximately $1,000 per month to stay for two more months.

9. As this court has the discretion to stay any proceeding, in the interest of justice ,my family and I pray that this court grant this motion to allow a brief stay of the execution of the warrant of eviction for my family and I to find alternate housing.

*George Ward*