UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In re: NOTICE OF COURT SCHEDULE HEARING

Case No. 8-19-71382

Chapter 7

George Wan Debtor(s)
-----------------------------------------------------------X

2019 MAR -4 A 11:52

## APPLICATION IN SUPPORT OF MOTION

TO THE HON. ALAN S. TRUST, Bankruptcy Judge

I, George Wan, _____, make this application in support of my motion for the following relief:

MORE TIME TO FILE DOCUMENTS

In support of this motion, I hereby allege as follows:

I NEED MORE TIME TO FILE DOCUMENTS WITH OBTAINING ALL OF MY EMPLOYEE PAY STUBS, BANK MONTHLY STATEMENTS, LISTING ALL OF MY LIABILITIES & ASSETS & ADDITIONAL DOCUMENTATION

ALSO, COMPLETING ALL OF THE DOCUMENTS.

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 3/4/2019

_____
Signature  George Wan