Return Date: 3/7/19

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: CHAPTER 7 FILING

2019 MAR -7 P 2:01

Case No. 8-19-71382
Chapter 7

_____,

GEORGE WATT    Debtor(s)
------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed application of
_____, a hearing will be held before the Hon.
JUDGE ALAN S. TRUST, Bankruptcy Judge, to consider the motion for an Order
granting relief as follows:

DISMISSAL CHAPTER 7 FILING

Date and time of hearing: 4/9/19 @ 10:30 AM
Location: U.S. Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722
Courtroom # 960, _____ Floor

Dated: 3/7/19

_George Watt_
Signature
Print name: GEORGE WATT
Address: 429 BAMBRICK STREET
OCEANSIDE, NY 11572
Phone: 516) 362-7763
Email: WATTGEORGE4@GMAIL.COM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Chapter 7

_____,

Case No. 8-19-71382
Chapter 7

George Wan                          Debtor(s)
-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

TO THE HON. Judge Alan S. Trust, Bankruptcy Judge

I, George Wati _____, _____, make this application in support of my motion for the following relief:

Dismiss Chapter 7 Filing

In support of this motion, I hereby allege as follows:

- Due to surplus that I am entitled to on foreclosure sale

- Pension account
- Available funds in bank / savings bank accounts
- Low credit card debt

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 3/7/19

George Wan
Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: CHAPTER 7

_____,    Case No. 8-19-71382
                                               Chapter   7

George Watt    Debtor(s)
-----------------------------------------------------------x

# CERTIFICATE OF SERVICE

The undersigned certifies that on 3/7/19_____, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

American Express    (9482748)
PO Box 1270          CR
Newark NJ 07101

Chase Bank          (9482751)
PO Box 35620         CR
Louisville KY 40233

Citibank            (9482747)
PO Box 9001037       CR
Louisville, KY 40294

                    (9482746)
Wells Fargo          CR
PO Box 10368
Des Moines, IA 50306

Dated: 3/7/19                          /s/ Watt
                                       Signature