UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In Re:                                          Case No.: 19-71382-ast

George Watt,                                    Chapter 7

        Debtor.

---------------------------------------------------------------X

**ORDER GRANTING RELIEF**
**FROM THE AUTOMATIC STAY**

On March 7, 2019, the Motion (the "Motion") of Alon Sheetrit ("Movant"), dated February 26, 2019, came before the Court, for relief from the automatic stay with respect to the premises known as 429 Bambrick Street, Oceanside, NY 11572 (the "Property"). This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby

**ORDERED,** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. Section 362(d)(1) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Property, including proceeding in Nassau County District Court, Index Number LT-006696-18/NA; and it is further

**ORDERED,** that the Chapter 7 Trustee shall be served with a copy of the referee's report of sale within **thirty (30) days** of the report [*if applicable*], and shall be noticed with any surplus monies realized from the sale of the Property; and it is further

Case 8-19-71382-ast    Doc 20    Filed 03/12/19    Entered 03/12/19 14:57:56

**ORDERED,** that all other relief sought in the Motion is denied.



**Dated: March 12, 2019**                                    _____
**Central Islip, New York**                                    **Alan S. Trust**
                                                                                   **United States Bankruptcy Judge**